**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Rebecca A. Solarz, Esq.
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
rsolarz@kmllawgroup.com
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Quicken Loans Inc.

In Re:

Matthew J. Zavattaro

                            Debtor

Case No: 18-12005 JKS

Chapter: 13

Judge: John K. Sherwood

**NOTICE OF APPEARANCE**

        Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Quicken Loans Inc..  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

25 Westgate Drive Sparta, NJ 07871

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:02/06/2018

                                    **/s/ Rebecca A. Solarz, Esquire**
                                    Rebecca A. Solarz, Esquire
                                    Denise Carlon, Esquire
                                    Brian C. Nicholas, Esquire
                                    **KML Law Group, P.C.**
                                    216 Haddon Avenue, Ste. 406
                                    Westmont, NJ 08108
                                    (609) 250-0700 (NJ)
                                    (215) 627-1322 (PA)
                                    FAX: (609) 385-2214
                                    Attorney for Movant/Applicant

*new 8/1/15*