Order Filed on April 25, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
DAVID E. SKLAR (Attorney ID 065882013)
*Counsel for the Debtor*

In Re:

**MATTHEW J. ZAVATTARO**,

              DEBTOR.

Case No.: 18-12005

Chapter 13

Judge: Hon. John K. Sherwood

## CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two through three, is hereby

**ORDERED**

**DATED: April 25, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Matthew J. Zavattaro
Case No.: 18-12005-JKS
Caption of Order: Consent Order Resolving Creditor's Objection to Debtor's Chapter 13 Plan

**THIS MATTER** having been brought before the Court by Barbara Lanza Farley, attorney for BB&T Commercial Equipment Capital Corp., ("BB&T"), appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for BB&T and Scura, Wigfield, Heyer, Stevens & Cammarota, LLP attorneys for Debtor, Matthew J. Zavattaro, and for good cause having been shown;

**IT IS ORDERED:**

1. The claim filed by BB&T, assigned claim no. 2, shall be amended to an unsecured claim for the deficiency amount of $14,723.68.

2. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

| Scura, Wigfield, Heyer, | Barbara Lanza Farley |
| Stevens & Cammarota, LLP | Attorney for BB&T |
| Attorney for the Debtor | |

/s/ _David E. Sklar_____    /s/ _Barbara Lanza Farley_____
    David E. Sklar                      Barbara Lanza Farley

2