**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
DAVID E. SKLAR (Attorney ID 065882013)
*Counsel for the Debtor*

**Order Filed on April 25, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

**MATTHEW J. ZAVATTARO,**

                    DEBTOR.

Case No.: 18-12005

Chapter 13

Judge: Hon. John K. Sherwood

**CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO DEBTOR'S**
**CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two through three, is hereby

**ORDERED**

**DATED: April 25, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:              Matthew J. Zavattaro
Case No.:            18-12005-JKS
Caption of Order:    Consent Order Resolving Creditor's Objection to Debtor's Chapter 13 Plan

**THIS MATTER** having been brought before the Court by Barbara Lanza Farley, attorney for BB&T Commercial Equipment Capital Corp., ("BB&T"), appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for BB&T and Scura, Wigfield, Heyer, Stevens & Cammarota, LLP attorneys for Debtor, Matthew J. Zavattaro, and for good cause having been shown;

**IT IS ORDERED:**

1. The claim filed by BB&T, assigned claim no. 2, shall be amended to an unsecured claim for the deficiency amount of $14,723.68.

2. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

| Scura, Wigfield, Heyer, | Barbara Lanza Farley |
| Stevens & Cammarota, LLP | Attorney for BB&T |
| Attorney for the Debtor | |

/s/ _David E. Sklar_____          /s/ _Barbara Lanza Farley_____
    David E. Sklar                             Barbara Lanza Farley

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-12005-JKS
Matthew J Zavattaro                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1           Date Rcvd: Apr 26, 2018
                               Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2018.
db            +Matthew J Zavattaro,    25 Westgate Drive,    Sparta, NJ 07871-1340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2018 at the address(es) listed below:
          Barbara Lanza Farley    on behalf of Attorney BARBARA L BB&T Commercial Equipment Finance Capital
           Corp blfpclaw@gmail.com
          David E. Sklar    on behalf of Debtor Matthew J Zavattaro dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
          David L. Stevens    on behalf of Debtor Matthew J Zavattaro dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com;dmedina@scura.com
          Denise E. Carlon    on behalf of Creditor   QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   QUICKEN LOANS INC. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7