SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018**
Chapter 13 Case # 18-12005

Re:   MATTHEW J ZAVATTARO                          Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
      25 WESTGATE DRIVE                                   1599 HAMBURG TURNPIKE
      SPARTA, NJ  07871                                   WAYNE, NJ  07470

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $24,600.00**

## RECEIPTS AS OF 12/31/2018   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/12/2018 | $410.00 | 4666172000  - | 03/02/2018 | $410.00 | 4716606000  - |
| 04/09/2018 | $410.00 | 6756300889 | 04/26/2018 | $410.00 | 4860477000 |
| 05/24/2018 | $410.00 | 4935449000 | 06/25/2018 | $410.00 | 5015748000 |
| 08/01/2018 | $410.00 | 5113513000 | 08/27/2018 | $410.00 | 5177735000 |
| 09/12/2018 | $410.00 | 5228045000 | 10/15/2018 | $410.00 | 5313192000 |
| 11/15/2018 | $410.00 | 5394050000 | 12/10/2018 | $410.00 | 5459789000 |

**Total Receipts: $4,920.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,920.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ALLY CAPITAL | | | | | | |
|  | 05/14/2018 | $101.00 | 801,932 | 06/18/2018 | $133.42 | 803,838 |
|  | 07/16/2018 | $133.42 | 805,822 | 08/20/2018 | $133.42 | 807,719 |
|  | 09/17/2018 | $136.80 | 809,702 | 10/22/2018 | $334.93 | 811,621 |
|  | 11/19/2018 | $162.80 | 813,596 | 12/17/2018 | $162.80 | 815,472 |
| QUICKEN LOANS INC | | | | | | |
|  | 05/14/2018 | $114.46 | 802,643 | 06/18/2018 | $151.19 | 804,577 |
|  | 07/16/2018 | $151.19 | 806,524 | 08/20/2018 | $151.19 | 808,470 |
|  | 09/17/2018 | $155.03 | 810,408 | 10/22/2018 | $379.56 | 812,359 |
|  | 11/19/2018 | $184.50 | 814,276 | 12/17/2018 | $184.50 | 816,171 |
| US BANK EQUIPMENT FINANCE | | | | | | |
|  | 05/14/2018 | $78.16 | 803,074 | 06/18/2018 | $103.25 | 805,057 |
|  | 07/16/2018 | $103.25 | 806,969 | 08/20/2018 | $103.25 | 808,945 |
|  | 09/17/2018 | $105.87 | 810,836 | 10/22/2018 | $80.91 | 812,815 |
|  | 11/19/2018 | $39.33 | 814,713 | 12/17/2018 | $39.33 | 816,618 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 243.95 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 865.86 | 100.00% | 865.86 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADVANCED RECOVERY SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 18-12005**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 5,412.78 | 100.00% | 1,479.83 | |
| 0003 | AMERICAN EXPRESS BANK | UNSECURED | 41,777.99 | * | 0.00 | |
| 0004 | BB&T COMMERCIAL EQUIPMENT CAPIT/ | UNSECURED | 14,723.68 | * | 0.00 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 8,847.81 | * | 0.00 | |
| 0007 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | DISCOVER BANK | UNSECURED | 5,164.14 | * | 0.00 | |
| 0009 | EASTERN ACCOUNT SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | ELAN FINANCIAL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | NAVY FEDERAL CREDIT UNION | UNSECURED | 2,619.17 | * | 0.00 | |
| 0014 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | QUICKEN LOANS INC | MORTGAGE ARRE | 6,134.03 | 100.00% | 1,677.01 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 13,762.11 | * | 0.00 | |
| 0020 | UNIFY FINANCIAL CREDIT UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | UNIVERISTY SPINE CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | US BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | WELLS FARGO CARD SERVICES | UNSECURED | 5,365.33 | * | 0.00 | |
| 0027 | ADVANCED RECOVERY SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | USB LEASING LT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0029 | US BANK EQUIPMENT FINANCE | SECURED | 653.35 | 100.00% | 653.35 | |
| 0030 | US BANK EQUIPMENT FINANCE | UNSECURED | 5,334.96 | * | 0.00 | |

**Total Paid: $4,920.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $4,920.00    -    Paid to Claims: $3,810.19    -    Admin Costs Paid: $1,109.81    =    Funds on Hand: $0.00

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.