Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.: 18−12005−JKS
                      Chapter: 13
                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew J Zavattaro
   25 Westgate Drive
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−1358

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      1/9/20
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Carlos D Martinez

COMMISSION OR FEES
$1,327.50

EXPENSES
$3.20

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 16, 2019
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-12005-JKS
Matthew J Zavattaro                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 2           Date Rcvd: Dec 16, 2019
                        Form ID: 137             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2019.

```
db          +Matthew J Zavattaro,    25 Westgate Drive,    Sparta, NJ 07871-1340
aty         +BARBARA L BB&T Commercial Equipment Finance Capita,    13 Wilkins Avenue,
              Haddonfield, NJ 08033-2451
517310327   +Advanced Recovery Systems,    901 East 8th Ave.,    Ste. 206,   King of Prussia, PA 19406-1354
517394850    American Express Bank, FSB,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517310329   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517310331   +BB&T Commercial Equipment Capital Corp.,    f/k/a Susquehanna Commercial Finance, LL,
              26 North Cedar Street,    Lititz, PA 17543-1514
517310330   +Barbara Lanza Farley, Esq.,    13 Wilkins Ave.,    Haddonfield, NJ 08033-2451
517310333   +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517310336    Eastern Account System of Connecticut,    PO Box 837,    Newtown, CT 06470-0837
517310338   +MJZ Landscaping, LLC,    25 Westgate Drive,    Sparta, NJ 07871-1340
517310340   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  New Jersey Division of Taxation,
               Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
               Trenton, NJ 08695)
517310343   +The Corporate Trust Co.,    820 Bear Tavern Road,    Trenton, NJ 08628-1021
517392602   +U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance,    1310 Madrid Street,
              Marshall, MN 56258-4099
517310337   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Elan Financial Service,    Po Box 108,   Saint Louis, MO 63166)
517310347    US Bank,    PO Box 490408,    Saint Louis, MO 63179-0408
517390713    USB Leasing LT,   c/o U.S. Bank National Association,    Bankruptcy Department,    PO Box 5229,
              Cincinnati, Ohio 45201-5229
517310344   +Unify Financial Credit Union,    PO Box 10018,    Manhattan Beach, CA 90267-7518
517310345   +Univeristy Spine Center,    504 Valley Road,    Ste. 203,   Wayne, NJ 07470-3534
517310346   +Us Bank,    Po Box 130,    Hillsboro, OH 45133-0130
517310348   +Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
517403864    Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
              Des Moines, IA 50306-0438
517310349   +Wells Fargo Bank, N.A.,    420 Montgomery Street,    Attn: Bankruptcy Dept.,
              San Francisco, CA 94104-1298
517310350   +Zwicker & Associates,    1105 Laurel Oak Road, Ste. 136,    Voorhees, NJ 08043-4312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 16 2019 23:46:34      U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 16 2019 23:46:32      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:53:54
              Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,   Norfolk, VA 23541-1021
517346777    E-mail/Text: ally@ebn.phinsolutions.com Dec 16 2019 23:45:39      Ally Capital,   PO Box 130424,
              Roseville, MN 55113-0004
517310328   +E-mail/Text: ally@ebn.phinsolutions.com Dec 16 2019 23:45:39      Ally Financial,
              200 Renaissance Ctr,    Detroit, MI 48243-1300
517310332    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 16 2019 23:53:18      Capital One,
              15000 Capital One Dr,    Richmond, VA 23238
517320749    E-mail/Text: mrdiscen@discover.com Dec 16 2019 23:45:42      Discover Bank,
              Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
517310334   +E-mail/Text: mrdiscen@discover.com Dec 16 2019 23:45:42      Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
517386742   +E-mail/Text: bankruptcydpt@mcmcg.com Dec 16 2019 23:46:31      Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
517310339   +E-mail/Text: ext_ebn_inbox@navyfederal.org Dec 16 2019 23:47:18      Navy Federal Cr Union,
              820 Follin Lane,    Vienna, VA 22180-4907
517343830   +E-mail/Text: ext_ebn_inbox@navyfederal.org Dec 16 2019 23:47:18      Navy Federal Credit Union,
              P.O. Box 3000,    Merrifield, VA 22119-3000
517426450    E-mail/Text: bnc-quantum@quantum3group.com Dec 16 2019 23:46:26
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
517310341   +E-mail/Text: bankruptcyteam@quickenloans.com Dec 16 2019 23:46:49      Quicken Loans,
              1050 Woodward Ave,    Detroit, MI 48226-1906
517353672   +E-mail/Text: bankruptcyteam@quickenloans.com Dec 16 2019 23:46:49      Quicken Loans Inc.,
              635 Woodward Avenue,    Detroit, MI 48226-3408
517310342   +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:53:21      Syncb/lowes,   Po Box 965005,
              Orlando, FL 32896-5005
517313853   +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 23:52:46      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 16
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Dec 16, 2019
                              Form ID: 137             Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517310335    ##+Eastern Account System,   75 Glen Rd Ste 310,    Sandy Hook, CT 06482-1175
                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              Barbara Lanza Farley    on behalf of Attorney BARBARA L BB&T Commercial Equipment Finance Capital
               Corp blfpclaw@gmail.com
              Carlos D Martinez    on behalf of Debtor Matthew J Zavattaro cmartinez@scura.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.co
               m;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              David E. Sklar    on behalf of Debtor Matthew J Zavattaro dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@n
               otify.bestcase.com;agouveia@scura.com
              David L. Stevens    on behalf of Debtor Matthew J Zavattaro dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    QUICKEN LOANS INC. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```