Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–12005–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Matthew J Zavattaro
  25 Westgate Drive
  Sparta, NJ 07871

Social Security No.:
  xxx–xx–1358

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    1/9/20
Time:    10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)
Carlos D Martinez

COMMISSION OR FEES
$1,327.50

EXPENSES
$3.20

If this is a chapter 13 case, the fees and expenses awarded:

  ☐    will not reduce the amount to be paid to general unsecured
      creditors under the plan.

  ☑    will reduce the amount to be paid to general unsecured
      creditors under the plan as follows: The amount to be paid to the general unsecured creditors will be reduced by $1,330.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

  An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 20, 2019
JAN: mg

                                                                                           Jeanne Naughton
                                                                                           Clerk