SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 18-12005

Re:  MATTHEW J ZAVATTARO                         Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
     25 WESTGATE DRIVE                                   1599 HAMBURG TURNPIKE
     SPARTA,  NJ  07871                                  WAYNE, NJ  07470

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $24,600.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/12/2018 | $410.00 | 4666172000 - | 03/02/2018 | $410.00 | 4716606000 - |
| 04/09/2018 | $410.00 | 6756300889 | 04/26/2018 | $410.00 | 4860477000 |
| 05/24/2018 | $410.00 | 4935449000 | 06/25/2018 | $410.00 | 5015748000 |
| 08/01/2018 | $410.00 | 5113513000 | 08/27/2018 | $410.00 | 5177735000 |
| 09/12/2018 | $410.00 | 5228045000 | 10/15/2018 | $410.00 | 5313192000 |
| 11/15/2018 | $410.00 | 5394050000 | 12/10/2018 | $410.00 | 5459789000 |
| 01/22/2019 | $410.00 | 5554092000 | 02/01/2019 | $410.00 | 5583471000 |
| 03/21/2019 | $410.00 | 5716518000 | 04/22/2019 | $410.00 | 5796581000 |
| 05/22/2019 | $410.00 | 5878306000 | 06/17/2019 | $410.00 | 5942859000 |
| 07/15/2019 | $410.00 | 6014449000 | 08/19/2019 | $410.00 | 6105522000 |
| 09/19/2019 | $410.00 | 6186756000 | 10/17/2019 | $410.00 | 6258543000 |
| 11/14/2019 | $410.00 | 6329253000 | 12/18/2019 | $410.00 | 6412776000 |
| 01/15/2020 | $410.00 | 6482530000 | | | |

**Total Receipts: $10,250.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $10,250.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ALLY CAPITAL | | | | | | |
| | 05/14/2018 | $101.00 | 801,932 | 06/18/2018 | $133.42 | 803,838 |
| | 07/16/2018 | $133.42 | 805,822 | 08/20/2018 | $133.42 | 807,719 |
| | 09/17/2018 | $136.80 | 809,702 | 10/22/2018 | $334.93 | 811,621 |
| | 11/19/2018 | $162.80 | 813,596 | 12/17/2018 | $162.80 | 815,472 |
| | 01/14/2019 | $181.24 | 817,402 | 03/18/2019 | $362.48 | 821,263 |
| | 05/20/2019 | $181.24 | 825,287 | 06/17/2019 | $181.24 | 827,315 |
| | 07/15/2019 | $184.51 | 829,174 | 08/19/2019 | $369.01 | 831,116 |
| | 10/21/2019 | $373.82 | 835,155 | 11/18/2019 | $182.20 | 837,251 |
| | 12/16/2019 | $182.20 | 839,189 | | | |

**Chapter 13 Case # 18-12005**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| QUICKEN LOANS INC | | | | | | |
| | 05/14/2018 | $114.46 | 802,643 | 06/18/2018 | $151.19 | 804,577 |
| | 07/16/2018 | $151.19 | 806,524 | 08/20/2018 | $151.19 | 808,470 |
| | 09/17/2018 | $155.03 | 810,408 | 10/22/2018 | $379.56 | 812,359 |
| | 11/19/2018 | $184.50 | 814,276 | 12/17/2018 | $184.50 | 816,171 |
| | 01/14/2019 | $205.39 | 818,101 | 03/18/2019 | $410.78 | 821,979 |
| | 05/20/2019 | $205.39 | 826,020 | 06/17/2019 | $205.39 | 827,981 |
| | 07/15/2019 | $209.09 | 829,846 | 08/19/2019 | $418.19 | 831,857 |
| | 10/21/2019 | $423.63 | 835,902 | 11/18/2019 | $206.48 | 837,959 |
| | 12/16/2019 | $206.48 | 839,846 | | | |
| US BANK EQUIPMENT FINANCE | | | | | | |
| | 05/14/2018 | $78.16 | 803,074 | 06/18/2018 | $103.25 | 805,057 |
| | 07/16/2018 | $103.25 | 806,969 | 08/20/2018 | $103.25 | 808,945 |
| | 09/17/2018 | $105.87 | 810,836 | 10/22/2018 | $80.91 | 812,815 |
| | 11/19/2018 | $39.33 | 814,713 | 12/17/2018 | $39.33 | 816,618 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 494.46 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,196.56 | 100.00% | 865.86 | 1,330.70 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADVANCED RECOVERY SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 5,412.78 | 100.00% | 3,496.53 | |
| 0003 | AMERICAN EXPRESS BANK | UNSECURED | 41,777.99 | * | 0.00 | |
| 0004 | BB&T COMMERCIAL EQUIPMENT CAPITA | UNSECURED | 14,723.68 | * | 0.00 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 8,847.81 | * | 0.00 | |
| 0007 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | DISCOVER BANK | UNSECURED | 5,164.14 | * | 0.00 | |
| 0009 | EASTERN ACCOUNT SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | ELAN FINANCIAL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | NAVY FEDERAL CREDIT UNION | UNSECURED | 2,619.17 | * | 0.00 | |
| 0014 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | QUICKEN LOANS INC | MORTGAGE ARRE | 6,134.03 | 100.00% | 3,962.44 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 13,762.11 | * | 0.00 | |
| 0020 | UNIFY FINANCIAL CREDIT UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | UNIVERISTY SPINE CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | US BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | WELLS FARGO CARD SERVICES | UNSECURED | 5,365.33 | * | 0.00 | |
| 0027 | ADVANCED RECOVERY SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | USB LEASING LT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0029 | US BANK EQUIPMENT FINANCE | SECURED | 653.35 | 100.00% | 653.35 | |
| 0030 | US BANK EQUIPMENT FINANCE | UNSECURED | 5,334.96 | * | 0.00 | |

**Total Paid:  $9,472.64**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $10,250.00    -    Paid to Claims: $8,112.32    -    Admin Costs Paid: $1,360.32    =    Funds on Hand: $777.36

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.