SCURA, WIGFIELD, HEYER
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens
*Counsel to Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:*<br><br>Matthew J Zavattaro,<br><br>　　　　　　　　Debtor. | Case No. 18-12005-JKS<br><br>Chapter 13<br><br>Judge: Hon. John K. Sherwood, U.S.B.J. |

**SUBSTITUTION OF ATTORNEY**

The undersigned hereby consents to the substitution of the law offices of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, 1599 Hamburg Turnpike, Wayne, New Jersey, as attorneys for Debtor in the above captioned case.


Dated: May 8, 2020　　　　　　　/s/ David E. Sklar
　　　　　　　　　　　　　　　　David E. Sklar, Esq.
　　　　　　　　　　　　　　　　Withdrawing Counsel


Dated: May 8, 2020　　　　　　　/s/ David L. Stevens
　　　　　　　　　　　　　　　　David L. Stevens, Esq.
　　　　　　　　　　　　　　　　Substituting Attorney