SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  MATTHEW J ZAVATTARO          Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
25 WESTGATE DRIVE                        1599 HAMBURG TURNPIKE
SPARTA,  NJ  07871                       WAYNE, NJ  07470

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
### Chapter 13 Case # 18-12005

**NOTE:**  THIS IS A BASE PLAN IN THE AMOUNT OF $24,600.00

### RECEIPTS AS OF 01/15/2021   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/12/2018 | $410.00 | 4666172000 - | 03/02/2018 | $410.00 | 4716606000 - |
| 04/09/2018 | $410.00 | 6756300889 | 04/26/2018 | $410.00 | 4860477000 |
| 05/24/2018 | $410.00 | 4935449000 | 06/25/2018 | $410.00 | 5015748000 |
| 08/01/2018 | $410.00 | 5113513000 | 08/27/2018 | $410.00 | 5177735000 |
| 09/12/2018 | $410.00 | 5228045000 | 10/15/2018 | $410.00 | 5313192000 |
| 11/15/2018 | $410.00 | 5394050000 | 12/10/2018 | $410.00 | 5459789000 |
| 01/22/2019 | $410.00 | 5554092000 | 02/01/2019 | $410.00 | 5583471000 |
| 03/21/2019 | $410.00 | 5716518000 | 04/22/2019 | $410.00 | 5796581000 |
| 05/22/2019 | $410.00 | 5878306000 | 06/17/2019 | $410.00 | 5942859000 |
| 07/15/2019 | $410.00 | 6014449000 | 08/19/2019 | $410.00 | 6105522000 |
| 09/19/2019 | $410.00 | 6186756000 | 10/17/2019 | $410.00 | 6258543000 |
| 11/14/2019 | $410.00 | 6329253000 | 12/18/2019 | $410.00 | 6412776000 |
| 01/15/2020 | $410.00 | 6482530000 | 02/18/2020 | $410.00 | 6568502000 |
| 03/26/2020 | $410.00 | 6662704000 | 04/20/2020 | $410.00 | 6721136000 |
| 05/22/2020 | $410.00 | 6808447000 | 06/16/2020 | $410.00 | 6869940000 |
| 07/06/2020 | $410.00 | 6918885000 | 08/17/2020 | $410.00 | 7016942000 |
| 09/21/2020 | $410.00 | 7096263000 | 10/16/2020 | $410.00 | 7161724000 |
| 11/19/2020 | $410.00 | 7244368000 | 12/21/2020 | $410.00 | 7318844000 |

**Total Receipts: $14,760.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $14,760.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ALLY CAPITAL | | | | | | | |
| | 05/14/2018 | $101.00 | 801,932 | | 06/18/2018 | $133.42 | 803,838 |
| | 07/16/2018 | $133.42 | 805,822 | | 08/20/2018 | $133.42 | 807,719 |
| | 09/17/2018 | $136.80 | 809,702 | | 10/22/2018 | $334.93 | 811,621 |
| | 11/19/2018 | $162.80 | 813,596 | | 12/17/2018 | $162.80 | 815,472 |
| | 01/14/2019 | $181.24 | 817,402 | | 03/18/2019 | $362.48 | 821,263 |
| | 05/20/2019 | $181.24 | 825,287 | | 06/17/2019 | $181.24 | 827,315 |
| | 07/15/2019 | $184.51 | 829,174 | | 08/19/2019 | $369.01 | 831,116 |
| | 10/21/2019 | $373.82 | 835,155 | | 11/18/2019 | $182.20 | 837,251 |

**Chapter 13 Case # 18-12005**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 12/16/2019 | $182.20 | 839,189 | | 05/18/2020 | $105.01 | 848,728 |
| | 06/15/2020 | $172.98 | 850,405 | | 07/20/2020 | $350.76 | 852,194 |
| | 08/17/2020 | $177.78 | 854,070 | | 09/21/2020 | $177.78 | 855,871 |
| | 11/16/2020 | $355.56 | 859,561 | | 12/21/2020 | $177.78 | 861,381 |
| QUICKEN LOANS INC | | | | | | | |
| | 05/14/2018 | $114.46 | 802,643 | | 06/18/2018 | $151.19 | 804,577 |
| | 07/16/2018 | $151.19 | 806,524 | | 08/20/2018 | $151.19 | 808,470 |
| | 09/17/2018 | $155.03 | 810,408 | | 10/22/2018 | $379.56 | 812,359 |
| | 11/19/2018 | $184.50 | 814,276 | | 12/17/2018 | $184.50 | 816,171 |
| | 01/14/2019 | $205.39 | 818,101 | | 03/18/2019 | $410.78 | 821,979 |
| | 05/20/2019 | $205.39 | 826,020 | | 06/17/2019 | $205.39 | 827,981 |
| | 07/15/2019 | $209.09 | 829,846 | | 08/19/2019 | $418.19 | 831,857 |
| | 10/21/2019 | $423.63 | 835,902 | | 11/18/2019 | $206.48 | 837,959 |
| | 12/16/2019 | $206.48 | 839,846 | | 05/18/2020 | $119.01 | 849,308 |
| | 06/15/2020 | $196.02 | 850,994 | | 07/20/2020 | $397.49 | 852,833 |
| | 08/17/2020 | $201.47 | 854,680 | | 09/21/2020 | $201.47 | 856,534 |
| | 11/16/2020 | $402.94 | 860,163 | | 12/21/2020 | $201.47 | 862,013 |
| US BANK EQUIPMENT FINANCE | | | | | | | |
| | 05/14/2018 | $78.16 | 803,074 | | 06/18/2018 | $103.25 | 805,057 |
| | 07/16/2018 | $103.25 | 806,969 | | 08/20/2018 | $103.25 | 808,945 |
| | 09/17/2018 | $105.87 | 810,836 | | 10/22/2018 | $80.91 | 812,815 |
| | 11/19/2018 | $39.33 | 814,713 | | 12/17/2018 | $39.33 | 816,618 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 834.35 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,196.56 | 100.00% | 2,196.56 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADVANCED RECOVERY SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 5,412.78 | 100.00% | 5,014.18 | |
| 0003 | AMERICAN EXPRESS BANK | UNSECURED | 41,777.99 | * | 0.00 | |
| 0004 | BB&T COMMERCIAL EQUIPMENT CAPITA | UNSECURED | 14,723.68 | * | 0.00 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 8,847.81 | * | 0.00 | |
| 0007 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | DISCOVER BANK | UNSECURED | 5,164.14 | * | 0.00 | |
| 0009 | EASTERN ACCOUNT SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | ELAN FINANCIAL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | NAVY FEDERAL CREDIT UNION | UNSECURED | 2,619.17 | * | 0.00 | |
| 0014 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | QUICKEN LOANS INC | MORTGAGE ARRE | 6,134.03 | 100.00% | 5,682.31 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 13,762.11 | * | 0.00 | |
| 0020 | UNIFY FINANCIAL CREDIT UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | UNIVERISTY SPINE CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | US BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | WELLS FARGO CARD SERVICES | UNSECURED | 5,365.33 | * | 0.00 | |
| 0027 | ADVANCED RECOVERY SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | USB LEASING LT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0029 | US BANK EQUIPMENT FINANCE | SECURED | 653.35 | 100.00% | 653.35 | |
| 0030 | US BANK EQUIPMENT FINANCE | UNSECURED | 5,334.96 | * | 0.00 | |

Total Paid: $14,380.75
See Summary

**Chapter 13 Case # 18-12005**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $14,760.00    -    Paid to Claims: $11,349.84    -    Admin Costs Paid: $3,030.91    =    Funds on Hand: $379.25

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.