SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470


Re:  MATTHEW J ZAVATTARO          Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
     25 WESTGATE DRIVE                   1599 HAMBURG TURNPIKE
     SPARTA, NJ  07871                   WAYNE, NJ  07470


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
### Chapter 13 Case # 18-12005

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $24,600.00**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/12/2018 | $410.00 | 4666172000 - | 03/02/2018 | $410.00 | 4716606000 - |
| 04/09/2018 | $410.00 | 6756300889 | 04/26/2018 | $410.00 | 4860477000 |
| 05/24/2018 | $410.00 | 4935449000 | 06/25/2018 | $410.00 | 5015748000 |
| 08/01/2018 | $410.00 | 5113513000 | 08/27/2018 | $410.00 | 5177735000 |
| 09/12/2018 | $410.00 | 5228045000 | 10/15/2018 | $410.00 | 5313192000 |
| 11/15/2018 | $410.00 | 5394050000 | 12/10/2018 | $410.00 | 5459789000 |
| 01/22/2019 | $410.00 | 5554092000 | 02/01/2019 | $410.00 | 5583471000 |
| 03/21/2019 | $410.00 | 5716518000 | 04/22/2019 | $410.00 | 5796581000 |
| 05/22/2019 | $410.00 | 5878306000 | 06/17/2019 | $410.00 | 5942859000 |
| 07/15/2019 | $410.00 | 6014449000 | 08/19/2019 | $410.00 | 6105522000 |
| 09/19/2019 | $410.00 | 6186756000 | 10/17/2019 | $410.00 | 6258543000 |
| 11/14/2019 | $410.00 | 6329253000 | 12/18/2019 | $410.00 | 6412776000 |
| 01/15/2020 | $410.00 | 6482530000 | 02/18/2020 | $410.00 | 6568502000 |
| 03/26/2020 | $410.00 | 6662704000 | 04/20/2020 | $410.00 | 6721136000 |
| 05/22/2020 | $410.00 | 6808447000 | 06/16/2020 | $410.00 | 6869940000 |
| 07/06/2020 | $410.00 | 6918885000 | 08/17/2020 | $410.00 | 7016942000 |
| 09/21/2020 | $410.00 | 7096263000 | 10/16/2020 | $410.00 | 7161724000 |
| 11/19/2020 | $410.00 | 7244368000 | 12/21/2020 | $410.00 | 7318844000 |
| 01/19/2021 | $410.00 | 7387105000 | 02/16/2021 | $410.00 | 7451181000 |
| 03/22/2021 | $410.00 | 7541251000 | 04/16/2021 | $410.00 | 7603257000 |
| 05/24/2021 | $410.00 | 7690477000 | 08/30/2021 | $410.00 | 7911376000 |
| 09/01/2021 | $410.00 | 7917856000 | 09/13/2021 | $410.00 | 7944199000 |
| 09/20/2021 | $410.00 | 7959669000 | 10/22/2021 | $410.00 | 8029933000 |
| 11/15/2021 | $410.00 | 8084756000 | 12/13/2021 | $410.00 | 8142442000 |

**Total Receipts: $19,680.00 -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $19,680.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

**Chapter 13 Case # 18-12005**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ALLY CAPITAL | | | | | | | |
| | 05/14/2018 | $101.00 | 801,932 | | 06/18/2018 | $133.42 | 803,838 |
| | 07/16/2018 | $133.42 | 805,822 | | 08/20/2018 | $133.42 | 807,719 |
| | 09/17/2018 | $136.80 | 809,702 | | 10/22/2018 | $334.93 | 811,621 |
| | 11/19/2018 | $162.80 | 813,596 | | 12/17/2018 | $162.80 | 815,472 |
| | 01/14/2019 | $181.24 | 817,402 | | 03/18/2019 | $362.48 | 821,263 |
| | 05/20/2019 | $181.24 | 825,287 | | 06/17/2019 | $181.24 | 827,315 |
| | 07/15/2019 | $184.51 | 829,174 | | 08/19/2019 | $369.01 | 831,116 |
| | 10/21/2019 | $373.82 | 835,155 | | 11/18/2019 | $182.20 | 837,251 |
| | 12/16/2019 | $182.20 | 839,189 | | 05/18/2020 | $105.01 | 848,728 |
| | 06/15/2020 | $172.98 | 850,405 | | 07/20/2020 | $350.76 | 852,194 |
| | 08/17/2020 | $177.78 | 854,070 | | 09/21/2020 | $177.78 | 855,871 |
| | 11/16/2020 | $355.56 | 859,561 | | 12/21/2020 | $177.78 | 861,381 |
| | 02/22/2021 | $355.56 | 864,839 | | 03/15/2021 | $35.05 | 866,716 |
| | 04/19/2021 | $7.99 | 868,373 | | | | |
| AMERICAN EXPRESS BANK | | | | | | | |
| | 04/19/2021 | $123.04 | 8,002,174 | | 05/17/2021 | $324.63 | 8,002,225 |
| | 07/19/2021 | $164.98 | 8,002,326 | | 10/18/2021 | $495.03 | 8,002,477 |
| | 11/17/2021 | $164.98 | 8,002,524 | | 12/13/2021 | $166.74 | 8,002,577 |
| | 01/10/2022 | $166.74 | 8,002,629 | | | | |
| BB&T COMMERCIAL EQUIPMENT CAPITAL CORP. | | | | | | | |
| | 04/19/2021 | $43.36 | 868,433 | | 05/17/2021 | $114.48 | 870,340 |
| | 07/19/2021 | $58.14 | 873,947 | | 10/18/2021 | $174.38 | 879,131 |
| | 11/17/2021 | $58.14 | 880,842 | | 12/13/2021 | $58.76 | 882,479 |
| | 01/10/2022 | $58.76 | 884,135 | | | | |
| DISCOVER BANK | | | | | | | |
| | 04/19/2021 | $15.21 | 868,582 | | 05/17/2021 | $40.13 | 870,479 |
| | 07/19/2021 | $20.39 | 874,082 | | 10/18/2021 | $61.19 | 879,277 |
| | 11/17/2021 | $20.39 | 880,988 | | 12/13/2021 | $20.61 | 882,619 |
| | 01/10/2022 | $20.61 | 884,271 | | | | |
| MIDLAND FUNDING LLC | | | | | | | |
| | 04/19/2021 | $26.06 | 867,782 | | 05/17/2021 | $68.75 | 869,746 |
| | 07/19/2021 | $34.94 | 873,369 | | 10/18/2021 | $104.79 | 878,578 |
| | 11/17/2021 | $34.94 | 880,287 | | 12/13/2021 | $35.31 | 881,947 |
| | 01/10/2022 | $35.31 | 883,590 | | | | |
| NAVY FEDERAL CREDIT UNION | | | | | | | |
| | 04/19/2021 | $7.71 | 868,898 | | 05/17/2021 | $20.37 | 870,766 |
| | 07/19/2021 | $10.34 | 874,355 | | 10/18/2021 | $31.02 | 879,551 |
| | 11/17/2021 | $10.34 | 881,261 | | 12/13/2021 | $10.45 | 882,878 |
| | 01/10/2022 | $10.45 | 884,530 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 04/19/2021 | $40.53 | 8,002,172 | | 05/17/2021 | $106.94 | 8,002,226 |
| | 07/19/2021 | $54.35 | 8,002,327 | | 10/18/2021 | $163.06 | 8,002,478 |
| | 11/17/2021 | $54.35 | 8,002,525 | | 12/13/2021 | $54.92 | 8,002,578 |
| | 01/10/2022 | $54.93 | 8,002,630 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUICKEN LOANS INC | | | | | | | |
| | 05/14/2018 | $114.46 | 802,643 | | 06/18/2018 | $151.19 | 804,577 |
| | 07/16/2018 | $151.19 | 806,524 | | 08/20/2018 | $151.19 | 808,470 |
| | 09/17/2018 | $155.03 | 810,408 | | 10/22/2018 | $379.56 | 812,359 |
| | 11/19/2018 | $184.50 | 814,276 | | 12/17/2018 | $184.50 | 816,171 |
| | 01/14/2019 | $205.39 | 818,101 | | 03/18/2019 | $410.78 | 821,979 |
| | 05/20/2019 | $205.39 | 826,020 | | 06/17/2019 | $205.39 | 827,981 |
| | 07/15/2019 | $209.09 | 829,846 | | 08/19/2019 | $418.19 | 831,857 |
| | 10/21/2019 | $423.63 | 835,902 | | 11/18/2019 | $206.48 | 837,959 |
| | 12/16/2019 | $206.48 | 839,846 | | 05/18/2020 | $119.01 | 849,308 |
| | 06/15/2020 | $196.02 | 850,994 | | 07/20/2020 | $397.49 | 852,833 |
| | 08/17/2020 | $201.47 | 854,680 | | 09/21/2020 | $201.47 | 856,534 |
| | 11/16/2020 | $402.94 | 860,163 | | 12/21/2020 | $201.47 | 862,013 |
| | 02/22/2021 | $402.94 | 865,531 | | 03/03/2021 | ($402.94) | 860,163 |
| | 03/15/2021 | $367.89 | 867,263 | | 04/19/2021 | $83.83 | 869,054 |
| | 07/02/2021 | ($367.89) | 867,263 | | 07/19/2021 | $367.89 | 874,484 |
| US BANK EQUIPMENT FINANCE | | | | | | | |
| | 05/14/2018 | $78.16 | 803,074 | | 06/18/2018 | $103.25 | 805,057 |
| | 07/16/2018 | $103.25 | 806,969 | | 08/20/2018 | $103.25 | 808,945 |
| | 09/17/2018 | $105.87 | 810,836 | | 10/22/2018 | $80.91 | 812,815 |
| | 11/19/2018 | $39.33 | 814,713 | | 12/17/2018 | $39.33 | 816,618 |
| | 04/19/2021 | $15.71 | 869,517 | | 05/17/2021 | $41.48 | 871,310 |
| | 07/19/2021 | $21.07 | 874,876 | | 10/18/2021 | $63.19 | 880,113 |
| | 11/17/2021 | $21.07 | 881,779 | | 12/13/2021 | $21.29 | 883,424 |
| | 01/10/2022 | $21.29 | 885,069 | | | | |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 04/19/2021 | $15.80 | 869,595 | | 05/17/2021 | $41.72 | 871,383 |
| | 07/19/2021 | $21.19 | 874,947 | | 10/18/2021 | $63.55 | 880,180 |
| | 11/17/2021 | $21.19 | 881,844 | | 12/13/2021 | $21.41 | 883,486 |
| | 01/10/2022 | $21.41 | 885,133 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,141.85 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,196.56 | 100.00% | 2,196.56 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADVANCED RECOVERY SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 5,412.78 | 100.00% | 5,412.78 | |
| 0003 | AMERICAN EXPRESS BANK | UNSECURED | 41,777.99 | * | 1,606.14 | |
| 0004 | BB&T COMMERCIAL EQUIPMENT CAPITA | UNSECURED | 14,723.68 | * | 566.02 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 8,847.48 | * | 340.10 | |
| 0007 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | DISCOVER BANK | UNSECURED | 5,164.14 | * | 198.53 | |
| 0009 | EASTERN ACCOUNT SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | ELAN FINANCIAL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | NAVY FEDERAL CREDIT UNION | UNSECURED | 2,619.17 | * | 100.68 | |
| 0014 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | QUICKEN LOANS INC | MORTGAGE ARRE | 6,134.03 | 100.00% | 6,134.03 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 13,762.11 | * | 529.08 | |
| 0020 | UNIFY FINANCIAL CREDIT UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | UNIVERISTY SPINE CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | US BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | WELLS FARGO CARD SERVICES | UNSECURED | 5,365.33 | * | 206.27 | |
| 0027 | ADVANCED RECOVERY SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | USB LEASING LT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0029 | US BANK EQUIPMENT FINANCE | SECURED | 653.35 | 100.00% | 653.35 | |
| 0030 | US BANK EQUIPMENT FINANCE | UNSECURED | 5,334.96 | * | 205.10 | |

**Total Paid: $19,290.49**
See Summary

## SUMMARY

| |
|---|
| Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022. |
| Receipts: $19,680.00    -    Paid to Claims: $15,952.08    -    Admin Costs Paid: $3,338.41    =    Funds on Hand: $389.51 |

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.