Marie-Ann Greenberg, Trustee  
30 TWO BRIDGES ROAD  
SUITE 330  
FAIRFIELD, NJ  07004-1550  

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JANUARY 4, 2023

**Chapter 13 Case # 18-12005**

Re:  MATTHEW J ZAVATTARO  
25 WESTGATE DRIVE  
SPARTA, NJ  07871  

Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP  
1599 HAMBURG TURNPIKE  
WAYNE, NJ  07470  

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $24,600.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/12/2018 | $410.00 | 4666172000  - | 03/02/2018 | $410.00 | 4716606000  - |
| 04/09/2018 | $410.00 | 6756300889 | 04/26/2018 | $410.00 | 4860477000 |
| 05/24/2018 | $410.00 | 4935449000 | 06/25/2018 | $410.00 | 5015748000 |
| 08/01/2018 | $410.00 | 5113513000 | 08/27/2018 | $410.00 | 5177735000 |
| 09/12/2018 | $410.00 | 5228045000 | 10/15/2018 | $410.00 | 5313192000 |
| 11/15/2018 | $410.00 | 5394050000 | 12/10/2018 | $410.00 | 5459789000 |
| 01/22/2019 | $410.00 | 5554092000 | 02/01/2019 | $410.00 | 5583471000 |
| 03/21/2019 | $410.00 | 5716518000 | 04/22/2019 | $410.00 | 5796581000 |
| 05/22/2019 | $410.00 | 5878306000 | 06/17/2019 | $410.00 | 5942859000 |
| 07/15/2019 | $410.00 | 6014449000 | 08/19/2019 | $410.00 | 6105522000 |
| 09/19/2019 | $410.00 | 6186756000 | 10/17/2019 | $410.00 | 6258543000 |
| 11/14/2019 | $410.00 | 6329253000 | 12/18/2019 | $410.00 | 6412776000 |
| 01/15/2020 | $410.00 | 6482530000 | 02/18/2020 | $410.00 | 6568502000 |
| 03/26/2020 | $410.00 | 6662704000 | 04/20/2020 | $410.00 | 6721136000 |
| 05/22/2020 | $410.00 | 6808447000 | 06/16/2020 | $410.00 | 6869940000 |
| 07/06/2020 | $410.00 | 6918885000 | 08/17/2020 | $410.00 | 7016942000 |
| 09/21/2020 | $410.00 | 7096263000 | 10/16/2020 | $410.00 | 7161724000 |
| 11/19/2020 | $410.00 | 7244368000 | 12/21/2020 | $410.00 | 7318844000 |
| 01/19/2021 | $410.00 | 7387105000 | 02/16/2021 | $410.00 | 7451181000 |
| 03/22/2021 | $410.00 | 7541251000 | 04/16/2021 | $410.00 | 7603257000 |
| 05/24/2021 | $410.00 | 7690477000 | 08/30/2021 | $410.00 | 7911376000 |
| 09/01/2021 | $410.00 | 7917856000 | 09/13/2021 | $410.00 | 7944199000 |
| 09/20/2021 | $410.00 | 7959669000 | 10/22/2021 | $410.00 | 8029933000 |
| 11/15/2021 | $410.00 | 8084756000 | 12/13/2021 | $410.00 | 8142442000 |
| 01/28/2022 | $410.00 | 8235818000 | 02/22/2022 | $410.00 | 8289102000 |
| 03/03/2022 | $410.00 | 8316777000 | 04/18/2022 | $410.00 | 8408588000 |
| 05/20/2022 | $410.00 | 8477149000 | 06/13/2022 | $410.00 | 8527117000 |
| 07/12/2022 | $410.00 | 8583065000 | 08/12/2022 | $410.00 | 8644718000 |
| 09/19/2022 | $410.00 | 8713280000 | 10/12/2022 | $410.00 | 8762671000 |
| 11/16/2022 | $410.00 | 8830314000 | 12/05/2022 | $410.00 | 8867089000 |

**Chapter 13 Case # 18-12005**

| | |
|---|---|
| Total Receipts: $24,600.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $24,600.00 | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,350.90 | |
| ATTY | ATTORNEY | ADMIN | 2,196.56 | 100.00% | 2,196.56 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ADVANCED RECOVERY SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 5,412.78 | 100.00% | 5,412.78 | |
| 0003 | AMERICAN EXPRESS BANK | UNSECURED | 41,777.99 | * | 3,457.77 | |
| 0004 | BB&T COMMERCIAL EQUIPMENT CAPITA | UNSECURED | 14,723.68 | * | 1,218.62 | |
| 0006 | MIDLAND FUNDING LLC | UNSECURED | 8,847.48 | * | 732.27 | |
| 0007 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | DISCOVER BANK | UNSECURED | 5,164.14 | * | 427.41 | |
| 0009 | EASTERN ACCOUNT SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | ELAN FINANCIAL SERVICE | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | NAVY FEDERAL CREDIT UNION | UNSECURED | 2,619.17 | * | 216.76 | |
| 0014 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | QUICKEN LOANS INC | MORTGAGE ARRE | 6,134.03 | 100.00% | 6,134.03 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 13,762.11 | * | 1,139.03 | |
| 0020 | UNIFY FINANCIAL CREDIT UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | UNIVERISTY SPINE CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | US BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | WELLS FARGO CARD SERVICES | UNSECURED | 5,365.33 | * | 444.07 | |
| 0027 | ADVANCED RECOVERY SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | USB LEASING LT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0029 | US BANK EQUIPMENT FINANCE | SECURED | 653.35 | 100.00% | 653.35 | |
| 0030 | US BANK EQUIPMENT FINANCE | UNSECURED | 5,334.96 | * | 441.55 | |

Total Paid: $23,825.10
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ALLY CAPITAL | | | | | | | |
| | 05/14/2018 | $101.00 | 801932 | | 06/18/2018 | $133.42 | 803838 |
| | 07/16/2018 | $133.42 | 805822 | | 08/20/2018 | $133.42 | 807719 |
| | 09/17/2018 | $136.80 | 809702 | | 10/22/2018 | $334.93 | 811621 |
| | 11/19/2018 | $162.80 | 813596 | | 12/17/2018 | $162.80 | 815472 |
| | 01/14/2019 | $181.24 | 817402 | | 03/18/2019 | $362.48 | 821263 |
| | 05/20/2019 | $181.24 | 825287 | | 06/17/2019 | $181.24 | 827315 |
| | 07/15/2019 | $184.51 | 829174 | | 08/19/2019 | $369.01 | 831116 |
| | 10/21/2019 | $373.82 | 835155 | | 11/18/2019 | $182.20 | 837251 |
| | 12/16/2019 | $182.20 | 839189 | | 05/18/2020 | $105.01 | 848728 |
| | 06/15/2020 | $172.98 | 850405 | | 07/20/2020 | $350.76 | 852194 |
| | 08/17/2020 | $177.78 | 854070 | | 09/21/2020 | $177.78 | 855871 |
| | 11/16/2020 | $355.56 | 859561 | | 12/21/2020 | $177.78 | 861381 |
| | 02/22/2021 | $355.56 | 864839 | | 03/15/2021 | $35.05 | 866716 |
| | 04/19/2021 | $7.99 | 868373 | | | | |

**Chapter 13 Case # 18-12005**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 04/19/2021 | $123.04 | 8002174 | | 05/17/2021 | $324.63 | 8002225 |
| | 07/19/2021 | $164.98 | 8002326 | | 10/18/2021 | $495.03 | 8002477 |
| | 11/17/2021 | $164.98 | 8002524 | | 12/13/2021 | $166.74 | 8002577 |
| | 01/10/2022 | $166.74 | 8002629 | | 02/14/2022 | $166.74 | 8002679 |
| | 03/14/2022 | $166.64 | 8002732 | | 04/18/2022 | $336.18 | 8002786 |
| | 06/20/2022 | $338.74 | 8002893 | | 07/18/2022 | $169.37 | 8002944 |
| | 08/15/2022 | $169.36 | 8002994 | | 09/19/2022 | $169.36 | 8003041 |
| | 11/14/2022 | $335.24 | 8003150 | | | | |
| BB&T COMMERCIAL EQUIPMENT CAPITAL CORP. | | | | | | | |
| | 04/19/2021 | $43.36 | 868433 | | 05/17/2021 | $114.48 | 870340 |
| | 07/19/2021 | $58.14 | 873947 | | 10/18/2021 | $174.38 | 879131 |
| | 11/17/2021 | $58.14 | 880842 | | 12/13/2021 | $58.76 | 882479 |
| | 01/10/2022 | $58.76 | 884135 | | 02/14/2022 | $58.76 | 885818 |
| | 03/14/2022 | $58.82 | 887530 | | 04/18/2022 | $118.40 | 889233 |
| | 06/20/2022 | $119.38 | 892628 | | 07/18/2022 | $59.69 | 894357 |
| | 08/15/2022 | $59.71 | 895926 | | 09/19/2022 | $59.69 | 897524 |
| | 11/14/2022 | $118.15 | 900773 | | | | |
| DISCOVER BANK | | | | | | | |
| | 04/19/2021 | $15.21 | 868582 | | 05/17/2021 | $40.13 | 870479 |
| | 07/19/2021 | $20.39 | 874082 | | 10/18/2021 | $61.19 | 879277 |
| | 11/17/2021 | $20.39 | 880988 | | 12/13/2021 | $20.61 | 882619 |
| | 01/10/2022 | $20.61 | 884271 | | 02/14/2022 | $20.61 | 885969 |
| | 03/14/2022 | $20.63 | 887671 | | 04/18/2022 | $41.53 | 889386 |
| | 06/20/2022 | $41.87 | 892775 | | 07/18/2022 | $20.94 | 894487 |
| | 08/15/2022 | $20.93 | 896062 | | 09/19/2022 | $20.93 | 897670 |
| | 11/14/2022 | $41.44 | 900907 | | | | |
| MIDLAND FUNDING LLC | | | | | | | |
| | 04/19/2021 | $26.06 | 867782 | | 05/17/2021 | $68.75 | 869746 |
| | 07/19/2021 | $34.94 | 873369 | | 10/18/2021 | $104.79 | 878578 |
| | 11/17/2021 | $34.94 | 880287 | | 12/13/2021 | $35.31 | 881947 |
| | 01/10/2022 | $35.31 | 883590 | | 02/14/2022 | $35.31 | 885254 |
| | 03/14/2022 | $35.37 | 886995 | | 04/18/2022 | $71.15 | 888649 |
| | 06/20/2022 | $71.74 | 892074 | | 07/18/2022 | $35.87 | 893843 |
| | 08/15/2022 | $35.87 | 895422 | | 09/19/2022 | $35.87 | 896987 |
| | 11/14/2022 | $70.99 | 900267 | | | | |
| NAVY FEDERAL CREDIT UNION | | | | | | | |
| | 04/19/2021 | $7.71 | 868898 | | 05/17/2021 | $20.37 | 870766 |
| | 07/19/2021 | $10.34 | 874355 | | 10/18/2021 | $31.02 | 879551 |
| | 11/17/2021 | $10.34 | 881261 | | 12/13/2021 | $10.45 | 882878 |
| | 01/10/2022 | $10.45 | 884530 | | 02/14/2022 | $10.45 | 886242 |
| | 03/14/2022 | $10.48 | 887940 | | 04/18/2022 | $21.06 | 889676 |
| | 06/20/2022 | $21.24 | 893068 | | 07/18/2022 | $10.62 | 894734 |
| | 08/15/2022 | $10.60 | 896323 | | 09/19/2022 | $10.64 | 897942 |
| | 11/14/2022 | $20.99 | 901153 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 04/19/2021 | $40.53 | 8002172 | | 05/17/2021 | $106.94 | 8002226 |
| | 07/19/2021 | $54.35 | 8002327 | | 10/18/2021 | $163.06 | 8002478 |
| | 11/17/2021 | $54.35 | 8002525 | | 12/13/2021 | $54.92 | 8002578 |
| | 01/10/2022 | $54.93 | 8002630 | | 02/14/2022 | $54.93 | 8002680 |
| | 03/14/2022 | $54.89 | 8002734 | | 04/18/2022 | $110.74 | 8002787 |
| | 06/20/2022 | $111.58 | 8002894 | | 07/18/2022 | $55.79 | 8002945 |
| | 08/15/2022 | $55.80 | 8002995 | | 09/19/2022 | $55.79 | 8003042 |
| | 11/14/2022 | $110.43 | 8003146 | | | | |

**Chapter 13 Case # 18-12005**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| QUICKEN LOANS INC | | | | | | | |
| | 05/14/2018 | $114.46 | 802643 | | 06/18/2018 | $151.19 | 804577 |
| | 07/16/2018 | $151.19 | 806524 | | 08/20/2018 | $151.19 | 808470 |
| | 09/17/2018 | $155.03 | 810408 | | 10/22/2018 | $379.56 | 812359 |
| | 11/19/2018 | $184.50 | 814276 | | 12/17/2018 | $184.50 | 816171 |
| | 01/14/2019 | $205.39 | 818101 | | 03/18/2019 | $410.78 | 821979 |
| | 05/20/2019 | $205.39 | 826020 | | 06/17/2019 | $205.39 | 827981 |
| | 07/15/2019 | $209.09 | 829846 | | 08/19/2019 | $418.19 | 831857 |
| | 10/21/2019 | $423.63 | 835902 | | 11/18/2019 | $206.48 | 837959 |
| | 12/16/2019 | $206.48 | 839846 | | 05/18/2020 | $119.01 | 849308 |
| | 06/15/2020 | $196.02 | 850994 | | 07/20/2020 | $397.49 | 852833 |
| | 08/17/2020 | $201.47 | 854680 | | 09/21/2020 | $201.47 | 856534 |
| | 11/16/2020 | $402.94 | 860163 | | 12/21/2020 | $201.47 | 862013 |
| | 02/22/2021 | $402.94 | 865531 | | 03/03/2021 | ($402.94) | 860163 |
| | 03/15/2021 | $367.89 | 867263 | | 04/19/2021 | $83.83 | 869054 |
| | 07/02/2021 | ($367.89) | 867263 | | 07/19/2021 | $367.89 | 874484 |
| US BANK EQUIPMENT FINANCE | | | | | | | |
| | 05/14/2018 | $78.16 | 803074 | | 06/18/2018 | $103.25 | 805057 |
| | 07/16/2018 | $103.25 | 806969 | | 08/20/2018 | $103.25 | 808945 |
| | 09/17/2018 | $105.87 | 810836 | | 10/22/2018 | $80.91 | 812815 |
| | 11/19/2018 | $39.33 | 814713 | | 12/17/2018 | $39.33 | 816618 |
| | 04/19/2021 | $15.71 | 869517 | | 05/17/2021 | $41.48 | 871310 |
| | 07/19/2021 | $21.07 | 874876 | | 10/18/2021 | $63.19 | 880113 |
| | 11/17/2021 | $21.07 | 881779 | | 12/13/2021 | $21.29 | 883424 |
| | 01/10/2022 | $21.29 | 885069 | | 02/14/2022 | $21.29 | 886806 |
| | 03/14/2022 | $21.28 | 888475 | | 04/18/2022 | $42.93 | 890253 |
| | 06/20/2022 | $43.26 | 893640 | | 07/18/2022 | $21.63 | 895262 |
| | 08/15/2022 | $21.62 | 896808 | | 09/19/2022 | $21.63 | 898494 |
| | 11/14/2022 | $42.81 | 901668 | | | | |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 04/19/2021 | $15.80 | 869595 | | 05/17/2021 | $41.72 | 871383 |
| | 07/19/2021 | $21.19 | 874947 | | 10/18/2021 | $63.55 | 880180 |
| | 11/17/2021 | $21.19 | 881844 | | 12/13/2021 | $21.41 | 883486 |
| | 01/10/2022 | $21.41 | 885133 | | 02/14/2022 | $21.41 | 886873 |
| | 03/14/2022 | $21.40 | 888534 | | 04/18/2022 | $43.17 | 890318 |
| | 06/20/2022 | $43.50 | 893709 | | 07/18/2022 | $21.75 | 895326 |
| | 08/15/2022 | $21.76 | 896870 | | 09/19/2022 | $21.75 | 898560 |
| | 11/14/2022 | $43.06 | 901730 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 04, 2023.

Receipts: $24,600.00    -    Paid to Claims: $20,277.64    -    Admin Costs Paid: $3,547.46    =    Funds on Hand: $774.90

Base Plan Amount: $24,600.00    -    Receipts: $24,600.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.