**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

**IN RE:**

**MATTHEW J. ZAVATTARO**                    Case No.: 18-12005 JKS

**Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $410.00, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

| | |
|---|---|
| Payee Name & Address: | MATTHEW J. ZAVATTARO - Debtor's Refund |
| | 25 WESTGATE DRIVE |
| | SPARTA, NJ 07871 |
| Amount: | $410.00 |
| Trustee Claim Number: | 0 |
| Reason: | Checks have been returned as undeliverable |

July 17, 2023                    /s/Marie-Ann Greenberg
                                              MARIE-ANN GREENBERG
                                              CHAPTER 13 STANDING TRUSTEE